184 F.2d 520
 Heinrich ROEDEL, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 12507.
 United States Court of Appeals Ninth Circuit.
 Oct. 19, 1950.
Rehearing Denied Dec. 15, 1950.
 
 John S. Howell, San Francisco, Cal., for appellant.
 Frank J. Hennessy, U.S. Atty., Joseph Karesh, Asst. U.S. Atty., San Francisco, Cal., for appellee.
 Before MATHEWS, STEPHENS and ORR, Circuit Judges.
 PER CURIAM.
 
 
 1
 The order of the District Court is affirmed.